UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EDWIN GEORGE DUFFUS, | ) |
| Plaintiff | ) ) ) |
| v. | ) 2:24-cv-00268-SDN ) |
| MAINEHEALTH, et al., | ) ) ) |
| Defendants | ) |

## AMENDED SCHEDULING ORDER

The Court grants the relief requested in the Objection to Scheduling Order (ECF No. 26), and amends the Scheduling Order as follows:

Number of Interrogatories and Depositions:  The parties are limited to 45 interrogatories per side (subparts not permitted) and up to 12 depositions per side.

Deadline for Initial Disclosure Pursuant to Fed.R.Civ.P.26(a)(1):  August 26, 2025

Deadline for Amendment of the Pleadings and Joinder of Parties:  February 13, 2026

Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by:  February 13, 2026

Defendants shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by:  March 18, 2026

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P. 26(a)(2)(B). All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery:  April 16, 2026

Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

Inadvertent disclosure of privileged or trial preparation material shall be governed by the principles of Federal Rule of Evidence 502, Rule 4.4B of the Maine Rules of Professional Conduct, and Local Rule 83.3(e).

Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h):  April 23, 2026

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda:  May 7, 2026

Expected Trial Date:  This case shall be ready for trial by June 1, 2026.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

<u>Further Matters in Aid of Disposition</u>:  Plaintiff shall make a written settlement demand upon Defendants by April 2, 2026.  Defendants shall respond to settlement demand by April 16, 2026.

All other aspects of the Scheduling Order shall remain in effect.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated:  August 21, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) 1:25-cv-00196-JAW ) |
| DEBRA A. LAMONDA, | ) ) |
| Defendant | ) ) |

**CONSENT TO A MAGISTRATE JUDGE**

Understanding the right to trial before a District Judge, the parties to the above-captioned civil matter additionally consent, pursuant to Fed.R.Civ.P. 73(b), to allow Magistrate Judge Nivison to conduct any and all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in the instant action.

Counsel for Plaintiff:

Date:

Counsel for Defendant:

Date:

**NOTE: Return this form to the Clerk of Court only if it has been executed by all parties in this case.**